1 | THOMAS P. O'BRIEN
United States Attorney
2 | CHRISTINE C. EWELL
Assistant United States Attorney
3 | Chief, Criminal Division
STEPHEN I. GOORVITCH (Cal. State Bar #199325)
4 | Assistant United States Attorney
Major Frauds Section
5 |        1100 United States Courthouse
        312 North Spring Street
6 |        Los Angeles, California 90012
        Telephone: (213) 894-2476
7 |        Facsimile: (213) 894-6269
        E-mail:  Stephen.Goorvitch@usdoj.gov
8 |
Attorneys for Plaintiff
9 | UNITED STATES OF AMERICA

10 |                   UNITED STATES DISTRICT COURT

11 |              FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 |  UNITED STATES OF AMERICA,        ) CR No. 07-846-RT
                                   )
13 |             Plaintiff,          ) ORDER CONTINUING HEARING ON
                                   ) MOTION FOR JUDGMENT OF
14 |             v.                  ) ACQUITTAL
                                   )
15 |  MARILYN KAY HANDLEY and        )
   DANIEL CHRISTOPHER ESTRADA,    )
16 |                                   )
17 |             Defenants.          )
                                   )
18 | _____ )

19 |
        Good cause having been shown, IT IS HEREBY ORDERED, that the
20 |
hearing on Daniel Christopher Estrada's Motion for Judgment of
21 |
Acquittal is continued from Wednesday, March 12, 2008 at 10:00
22 |
a.m. to Monday, March 17, 2008, at 9:30 a.m.
23 |

24 |
IT IS SO ORDERED
25 |
DATED: March 12, 2008
26 |
                              _____
27 |                                          / S /
                              HONORABLE ROBERT J. TIMLIN
                              United States District Judge
28 |