UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 07- 00846-RT | Date | March 17, 2008 |
|---|---|---|---|

| Present: The Honorable | ROBERT J. TIMLIN, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| Patricia Gomez | Beth Zaccaro | Stephen I. Goorvitch |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cut. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Daniel Christopher Estrada | X | | X | Charles C. Brown, DFPD | X | | |

**Proceedings:**   Status Conference re Retrial of Counts 6 and 13 of the Indictment; Hearing on Motion for Judgment of Acquittal

After oral argument by counsel, the court orders defendant Daniel Christopher Estrada's motion for judgment of acquittal under Federal Rules of Civil Procedures 29(c) on counts 6 and 13 of the Indictment be denied.

At request of both parties it is ordered that a status conference be rescheduled for Monday, March 24, at 9:00 a.m. Defendant is ordered to appear at the status conference.

|  | : | 35 |
|---|---|---|
| | Initials of Deputy Clerk | |
| | | PG |